UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re STEPHEN LAMONT WILLIAMS. | Case No. 22-cv-09107-HSG <br><br> **ORDER OF DISMISSAL** |

On December 23, 2022, the Court docketed a 9-page document received from Plaintiff. Dkt. No. 1. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Plaintiff deficiency notices, instructing Plaintiff that he was required to (1) file his complaint on a complaint by a prisoner form, and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis*. Dkt. Nos. 2, 3. The Court sent Plaintiff a blank complaint form and a blank *in forma pauperis* application form. Dkt. Nos. 2, 3.

The deadline to file (1) a complaint and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis* has passed. Plaintiff has not filed the required documents.[1] This action cannot proceed without a signed complaint on the proper form with the necessary information, and either the filing fee or an application to proceed *in forma pauperis*. Accordingly, this action is DISMISSED for failure to meet these filing requirements. The dismissal is without

---

[1] Plaintiff has filed two documents with the Court since he commenced this action, neither of which address the identified deficiencies. Dkt. Nos. 4, 5. Dkt. No. 4 is a letter purporting to enclose information essential to resolving jurisdiction and documents previously filed in a different case. No documents were enclosed. Dkt. No. 4. In Dkt. No. 5, Plaintiff informed the Court that he would be transferred to Kern Valley State Prison on January 10, 2023. Dkt. No. 5. Plaintiff has not provided the Court with an updated address.

prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by a signed complaint on the proper form with the necessary information and either the filing fee or an application to proceed *in forma pauperis*.

The Clerk shall enter judgment against Plaintiff, terminate all pending motions as moot, and close the case. The Clerk is directed to send a courtesy copy of this order to the following address: Stephen Lamont Williams, #J55028, Kern Valley State Prison, P.O. Box 5101, Delano CA 93216.

**IT IS SO ORDERED.**

Dated:   2/7/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

2