UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re STEPHEN LAMONT WILLIAMS. | Case No. 22-cv-09107-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment against Plaintiff, terminate all pending motions as moot, and close the case.  The Clerk is directed to send a courtesy copy of this order to the following address: Stephen Lamont Williams, #J55028, Kern Valley State Prison, P.O. Box 5101, Delano CA 93216.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  2/7/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge